United States Bankruptcy Court for the:

Middle District of Florida

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Channelside Brewing Company LLC | |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 87-1672226 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 802 N 12th Street, Suite C <br> Number    Street | PO Box 13277 <br> Number    Street |
| | P.O. Box |
| Tampa                FL    33602 <br> City                State    ZIP Code | Tampa                FL    33681 <br> City                State    ZIP Code |
| Hillsborough County <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number    Street <br><br> City                State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor **Channelside Brewing Company LLC**_____  Case number (*if known*)_____
         Name

### 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   **312120**

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____ When _____ Case number _____
                                MM / DD / YYYY
          District _____ When _____ Case number _____
                                MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                                 MM / DD / YYYY
         Case number, if known _____

Debtor  Channelside Brewing Company LLC         Case number (*if known*)_____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number    Street

_____

_____
City    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor  Channelside Brewing Company LLC
_____
Name

Case number (*if known*)_____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/24/2025
              MM  / DD / YYYY

✘ /s/ Michael R Beard                    Michael R Beard
Signature of authorized representative of debtor        Printed name

Title  Managing Member

**18. Signature of attorney**

✘ /s/ Andrew Wit                         Date  01/24/2025
Signature of attorney for debtor                MM  / DD / YYYY

Andrew Wit
Printed name

Jennis Morse
Firm name

606 East Madison Street
Number      Street

Tampa                                    FL          33602
City                                     State       ZIP Code

813-229-800                              awit@jennislaw.com
Contact phone                            Email address

1038525                                  FL
Bar number                               State

**Fill in this information to identify the case:**

Debtor name: Channelside Brewing Company LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jess and Matt Grogan<br>938 N Fletcher Avenue<br>Fernandina Beach, FL, 32034 | | Monies Loaned/Advanced | | | | 100,000.00 |
| 2 | Rapid Finance<br>4500 East West Highway<br>6th Floor<br>Bethesda, MD, 20814 | | Monies Loaned / Advanced | | | | 66,386.00 |
| 3 | Layton Thorton<br>217 N 12th St<br>Fernandina Beach, FL, 32034 | | Monies Loaned/Advanced | | | | 60,000.00 |
| 4 | James Brennan<br>4602 S Gaines St<br>Tampa, FL, 33611 | | Monies Loaned/Advanced | | | | 52,000.00 |
| 5 | Richard Chow<br>9231 SW 120th St<br>Miami, FL, 33176 | | Monies Loaned/Advanced | | | | 50,000.00 |
| 6 | JP Morgan Chase Bank, N.A.<br>Mail Code LA4-7100<br>700 Kansas Lane<br>Monroe, LA, 71203 | | Credit Card Debt | | | | 33,963.57 |
| 7 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA, 19101 | | Taxes & Other Government Units | | | | 30,000.00 |
| 8 | Ryan McCarthy<br>2549 Amelia Rd<br>Fernandina Beach, FL, 32034 | | Monies Loaned/Advanced | | | | 20,000.00 |

Debtor   Channelside Brewing Company LLC        Case number (*if known*) _____
         Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Martha Beard<br>5202 Village Way<br>Fernandina Beach, FL, 32034 | | Monies Loaned/Advanced | | | | 18,000.00 |
| 10 | Michael Fontaine<br>3039 Q Street NW<br>Apt 23<br>Washington, DC, 20007 | | Monies Loaned/Advanced | | | | 15,000.00 |
| 11 | Matt McGrogan<br>938 N Fletcher Ave<br>Fernandina Beach, FL, 32034 | | Monies Loaned/Advanced | | | | 15,000.00 |
| 12 | Savio Fernandes<br>111 S Manhattan Ave<br>Tampa, FL, 33609 | | Monies Loaned/Advanced | | | | 13,000.00 |
| 13 | Blake Fernandez<br>325 W West St<br>Tampa, FL, 33602 | | Monies Loaned/Advanced | | | | 12,000.00 |
| 14 | Michael Dineen<br>77 Village Dr<br>Ormond Beach, FL, 32174 | | Monies Loaned/Advanced | | | | 10,000.00 |
| 15 | Tom Hurter<br>7936 3rd Ave S<br>St Petersburg, FL, 33707 | | Monies Loaned/Advanced | | | | 10,000.00 |
| 16 | Jason Goughnour<br>1421 Noble Pl<br>Orlando, FL, 32801 | | Monies Loaned/Advanced | | | | 5,400.00 |
| 17 | Jeff Huting<br>2702 Arbor Ridge Rd<br>Cedar Falls, IA, 50613 | | Monies Loaned/Advanced | | | | 5,000.00 |
| 18 | Dave Huting<br>9091 Trailmark Way<br>Santee, CA, 92071 | | Monies Loaned/Advanced | | | | 5,000.00 |
| 19 | Jordan Paredes<br>2110 W Pine St<br>Tampa, FL, 33607 | | Monies Loaned/Advanced | | | | 4,800.00 |
| 20 | US Bank NA<br>PO Box 790408<br>Saint Louis, MO, 63179 | | Credit Card Debt | | | | 4,750.10 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

813 Brewing LLC
PO Box 130086
Tampa, FL 33681

Blake Fernandez
325 W West St
Tampa, FL 33602

Brad Evans
2904 W 5th Street
Upper Unit
Fernandina Beach, FL 32034

Christopher Chow
6002 N Tampa St
Tampa
FL 33604

Dave Huting
9091 Trailmark Way
Santee, CA 92071

Emmy Capital Group
5th Avenue
New York, NY 10018

Florida Department of Revenue
5483 W Waters Ave
Suite 1210
Tampa, FL 33634

Fora Financial LLC
519 8th Ave
11th Floor
New York, NY 10018

Funding Metrics, LLC
3220 Tillman Drive
Suite 200
Bensalem, PA 19020

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

James Brennan
4602 S Gaines St
Tampa, FL 33611

Jason Goughnour
1421 Noble Pl
Orlando, FL 32801

Jeff Huting
2702 Arbor Ridge Rd
Cedar Falls, IA 50613

Jess and Matt Grogan
938 N Fletcher Avenue
Fernandina Beach, FL 32034

Jordan Paredes
2110 W Pine St
Tampa, FL 33607

JP Morgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

Keg Connect, LLC
550 1st Ave N
Saint Petersburg, FL 33701

Layton Thorton
217 N 12th St
Fernandina Beach, FL 32034

Martha Beard
5202 Village Way
Fernandina Beach, FL 32034

Matt McGrogan
938 N Fletcher Ave
Fernandina Beach, FL 32034

Michael Beard
2110 W Pine Street
Tampa, FL 33607

Michael Dineen
77 Village Dr
Ormond Beach, FL 32174

Michael Fontaine
3039 Q Street NW
Apt 23
Washington, DC 20007

Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814


Richard Chow
9231 SW 120th St
Miami, FL 33176


Ryan McCarthy
2549 Amelia Rd
Fernandina Beach, FL 32034


Savio Fernandes
111 S Manhattan Ave
Tampa, FL 33609


Tampa Electric Company
702 N Franklin St
Tampa, FL 33602


Tom Hurter
7936 3rd Ave S
St Petersburg, FL 33707


US Bank NA
PO Box 790408
Saint Louis, MO 63179


Valley National Bank
1902 N Avenida Republica de Cuba
Tampa, FL 33605

United States Bankruptcy Court
Middle District of Florida

In re: Channelside Brewing Company LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 01/24/2025

/s/ Michael R Beard
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor